## ISAAC OSGOOD *vs.* GEO. FOSTER.

A legacy in money, on the death of the legatee, vests in his personal representatives, and not in his heirs at law.

APPEAL from the decision of commissioners appointed to receive and examine claims against the insolvent estate of Samuel Osgood, deceased, executor of the will of Timothy Osgood, disallowing the claim of the plaintiff, as an heir at law of John Osgood, for his share of a legacy of $200 given to said John in the will. *Vose*, J. ruled that the claim could not be sustained, and ordered a verdict for the defendant. The plaintiff alleged exceptions.

*A. V. Lynde*, for the plaintiff.

*C. A. Kimball*, for the defendant.

BY THE COURT. The right of action to recover the legacy which was given to the plaintiff's father vested, on the father's death, in his personal representatives, and not in his heirs at law. *Exceptions overruled.*